

No. 17–0068/AF. U.S. v. Andre K. Lewis. CCA 38671. On consideration of the petition for new trial, it is ordered that said petition be, and the same is hereby denied.

Thursday, March 2, 2017

No. 17–0190/AR. U.S. v. Issac G. Aguigui. CCA 20140260. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition be, and the same is hereby dismissed without prejudice to Appellant's right to raise the matters asserted during the normal course of appellate review.

Friday, March 3, 2017

No. 17–0167/AR. U.S. v. Noel G. Aguiar–Perez. CCA 20140715. On consideration of the petition for grant of review of the decision of the United States Army Court